**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-1224

Kristin Pearce

- - Versus - -

22nd Judicial District Court
Ross Forrest Lagarde, Jones Lagarde, LLC, and ABC    Case #: 201413656
Insurance Company    St. Tammany Parish

On Application for Rehearing filed on 10/20/2021 by Kristen Pearce

Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
Walter I. Lanier, III

_____
Elizabeth Wolfe

Date __NOV 0 4 2021_____

_____
Rodd Naquin, Clerk